JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN CUNNINGHAM, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a government entity; LOS ANGELES POLICE DEPARTMENT, a government entity; OFFICER CASTRO (#42430), an individual; OFFICER BELSKY (#33006), an individual; OFFICER VALDEZ (#41787), an individual; OFFICER AGBANAWAG (#30422), an individual,<br><br>　　　　Defendants. | CASE NO.  2:18-cv-08146-AB-PLAx<br><br>~~[PROPOSED]~~ **JUDGMENT** |

　　　　On May 27, 2022, the above-captioned matter was tried by a jury with the Honorable André Birotte, Jr., presiding.  Plaintiff SEAN CUNNINGHAM, an Individual, was present and represented by Andres Jalon and Rook Elizabeth Ringer. Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LESLIE CASTRO, ALEXANDER EDWIN VALDEZ, and ROY E. AGBANAWAG were present and represented by Deputy City Attorneys Shant G. Taslakian and Ty A. Ford.

　　　　On May 18, 2022, a jury of eight persons was impaneled, and evidence was presented through May 23, 2022.  (*See* ECF Nos. 210, 215.)  On May 19, 2022,

Defendants made a motion pursuant to Federal Rule of Civil Procedure ("Rule") 50(a) for a judgment as a matter of law as to all Defendants, which the Court took under submission. (*See* ECF Nos. 212, 217.) On May 23, 2022, the case was submitted to the jury. (*See* ECF No. 215.)

On May 26, 2022, the jury returned a unanimous verdict in favor of Defendants ALEXANDER EDWIN VALDEZ and ROY E. AGBANAWAG. (*See* ECF Nos. 235, 238-239.) As to Defendant LESLIE CASTRO, the jury indicated they were hopelessly deadlocked. (*See* ECF No. 235.)

After a mistrial was declared as to Defendant LESLIE CASTRO and the jury was excused, defense counsel renewed the motion for a judgment as a matter of law pursuant to Rule 50(a) and Rule 50(b). (*See* ECF No. 235.) The court GRANTED Defendant LESLIE CASTRO's renewed motion for judgment as a matter of law, and judgment was entered in Defendant LESLIE CASTRO's favor. (*Id.*)

By reason of the jury's special verdict and the Court's ruling as to the renewed motion for judgment as a matter of law, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff SEAN CUNNINGHAM recover nothing by reason of each and all his claims as set forth in the Complaint against Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LESLIE CASTRO, ALEXANDER EDWIN VALDEZ, and ROY E. AGBANAWAG, and that judgment be entered in favor of all Defendants on all claims. Defendants shall recover their costs in accordance with Local Rule 54.

**IT IS SO ORDERED.**

Dated: June 8, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE